UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIBERINO MENA-HIDLAGO,

    Petitioner,

v.    Case No.: 8:08-cv-1231-T-24-TBM
    8:05-cr-539-T-24-TBM

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This cause comes before the Court on Petitioner Tiberino Mena-Hidlago's motion to vacate this Court's February 11, 2009 judgment as void under Federal Rule of Civil Procedure 60(b)(4) due to the due process violation of denial of access to the Court.[1] (CV Doc. No. 21, 22).

### I. Background

Petitioner was charged with and pled guilty to possession with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States (Count One) and conspiracy to possess with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States (Count Two). (CR Doc. No. 1, 40). Petitioner was sentenced on June 29, 2006 to 204 months imprisonment, and he filed a notice of appeal from the conviction, judgment, and sentence on July 13, 2006. (CR Doc. No. 78). The Eleventh Circuit affirmed the district court and entered judgment on March 22, 2007. (CR Doc. No. 104). Thereafter, on June 20, 2008, Petitioner signed his original § 2255 motion and placed it in the prison mail. It was filed with the Court on June 26, 2008. (CR Doc.

---

[1] Rule 60(b)(4) allows a court to relieve a party from final judgment if the judgment is void.

No. 117, CV Doc. No. 1). On July 21, 2008, he submitted an amended § 2255 motion to the Clerk for filing. (CR Doc. No. 119, CV Doc. No. 7). He also filed a motion asking the Court to direct the Government to furnish him with certain unpublished cases (CV Doc. No. 15), which the Court denied (CV Doc. No. 16). Thereafter, this Court denied the amended § 2255 motion. (CR Doc. No. 121, CV Doc. No. 18).

## II. Motion to Vacate Judgment

In the instant motion, Petitioner argues that this Court's judgment is void, because he was denied due process and access to the courts when the Court denied his request for unpublished cases and request for additional discovery. With regards to his request for additional discovery, this request was made in the conclusion section of his reply brief, and as such, the Court did not err in failing to grant that request. With regards to his request for three unpublished decisions (one of which was irrelevant as it dealt with the issue of timeliness[2]), this Court finds that he was not prejudiced by the denial of the request, as his § 2255 motion lacked merit. However, the Court will attach the other two cases to this Order.

## III. Conclusion

Accordingly, it is ORDERED AND ADJUDGED that the motion to vacate judgment as void (CV Doc. No. 22) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of April, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

---

[2] Lee v. County of Cook, 2 Fed.Appx. 571 (7th Cir. 2001)